1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States



7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )   1:12-CV-01863-LJO-DLB
                               )
12            Plaintiff,       )   ORDER REGARDING CLERK'S
                               )   ISSUANCE OF WARRANT FOR
13      v.                     )   ARREST OF ARTICLES *IN REM*
                               )
14                             )
   APPROXIMATELY $10,000.00 IN )
15 U.S. CURRENCY,              )
                               )
16            Defendant.       )
                               )
17 _____

18      WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on

19 November 13, 2012, in the United States District Court for the Eastern District of

20 California, alleging that approximately $10,000.00 in U.S. currency (hereafter

21 "defendant currency") is subject to forfeiture to the United States pursuant to 21

22 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

23      And, the Court being satisfied that, based on the Verified Complaint for

24 Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special

25 Agent Michael W. Tighe, there is probable cause to believe that the defendant

26 currency so described constitutes property that is subject to forfeiture for such

27 violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In*

28 *Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or

1  Maritime Claims and Asset Forfeiture Actions;

2      IT IS HEREBY ORDERED that the Clerk for the United States District
3  Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In*
4  *Rem* for the defendant currency.

5  Dated: 11/16/12

                                BARBARA A. McAULIFFE
6                                  United States Magistrate Judge

Order Regarding Clerk's Issuance of
Warrant For Arrest of Articles *In Rem*