BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:12-CV-01863-LJO-BAM |
|---|---|
| Plaintiff, | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| v. | |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, | **NEW DATE:** May 29, 2013 |
| | **TIME:** 9:00 a.m. |
| Defendant. | **CTRM:** 8 (6th Floor) |
| | **Barbara A. McAuliffe** |
| | **U.S. Magistrate Judge** |

The United States of America submits the following Status Report:

1. The U.S. Attorney's Office, through the undersigned counsel, represents the United States of America.  To date no potential claimants have appeared in this action.

2. This is an *in rem* civil forfeiture action.  In its Verified Complaint for Forfeiture *In Rem*, the United States alleges that the approximately $10,000.00 in U.S. currency (hereafter "defendant currency"), constitutes money or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or was used or intended to be used to facilitate one or more violations of 21 U.S.C. § 841 *et seq*. and

is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

3.   Notice of this action was posted on the official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on November 16, 2012. The Declaration of Publication was filed on February 4, 2013.

4.   The defendant approximately $10,000.00 in U.S. currency, was arrested on November 27, 2012, by the United States Marshals Service pursuant to the Warrant For Arrest of Articles *In Rem* issued on November 20, 2012.

5.   On or about November 21, 2012, copies of the Complaint, Order Re Issuance of Clerk's Arrest Warrant, Warrant for Arrest of Articles *In Rem*, Order Setting Mandatory Scheduling Conference, Standing Order in All Civil Cases Assigned to District Judge Lawrence J. O'Neill, Notice of Availability of Magistrate Judge, Notice of Availability Voluntary Dispute Resolution and notice of forfeiture letter dated November 21, 2012, were sent by first class mail and certified mail to Jorge Mariscal, Luis Mariscal, Rosa Isla Ochoa, and Silvino Mariscal at their last-known address located at 4749 E. Yale Avenue in Fresno, California 93703-2721. On or about November 27, 2012, the United States Attorney's Office received the returned certified mailing, unsigned and marked "attempted not known."

6.   Additionally, on or about November 21, 2012, copies of the above-listed documents were sent by first class mail and certified mail to the Law Office of David Balakian, the attorney who filed a claim on behalf of Jorge Mariscal in the administrative forfeiture action. On or about November 27, 2012, the United States Attorney's Office received the returned certified mailing, unsigned and marked "Refused."

7.   On December 3, 2012, the United States sent the above-referenced documents to the U.S. Marshals Service to be served on Jorge Mariscal, Luis Mariscal, Rosa Isla Ochoa, and  Silvino Mariscal.

8.   On or about January 15, 2013, the United States Attorney's Office received  a call from Attorney David Balakian. During this call Mr. Balakian

1  acknowledged receipt of the mailed forfeiture Complaint and civil case documents
2  and requested a two week extension in which to file a claim on behalf of his client
3  Jorge Mariscal.  The U.S. Attorney's Office granted Mr. Balakian a two week
4  extension until January 29, 2013 in which to file any claims on behalf of his client.

5     9.   On or about January 25, 2013, Mr. Balakian contacted the U.S.
6  Attorney's Office and requested an extension of February 1, 2013, in which to file a
7  claim on behalf of his client.  The United States granted a second request for
8  extension allowing Mr. Balakian additional time to file a claim on behalf of his
9  client Jorge Mariscal.

10     10.  To date, no claim or answer has been filed by or on behalf of Jorge
11  Mariscal, Luis Mariscal, Rosa Isla Ochoa, or Silvino Mariscal as required by Rule
12  G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
13  Forfeiture Actions.  As their time to file a claim and answer has expired, the United
14  States intends to seek the defaults of Jorge Mariscal, Luis Mariscal, Rosa Isla
15  Ochoa, or Silvino Mariscal and request the Scheduling Conference be continued 90
16  days to allow the United States to obtain a Default Judgment and Final Judgment
17  of forfeiture in this matter.

Respectfully submitted,

Dated: February 6 , 2013         BENJAMIN B. WAGNER
                                 United States Attorney

                                  /s/ Heather Mardel Jones
                                 HEATHER MARDEL JONES
                                 Assistant United States Attorney

**ORDER**

**The Court, having considered Plaintiff's Ex Parte Request to Continue the Initial Scheduling Conference, and for good cause being shown, IT IS HEREBY ORDERED** that the Scheduling Conference is continued from February 27, 2013 at 8:30am to May 29, 2013 at 9:00 AM in Courtroom 8 before Judge McAuliffe.  A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.  The parties may appear by telephone.

    If Plaintiff files a Motion for Default Judgment or other dispositive documents before the scheduling conference, the conference will be vacated.

IT IS SO ORDERED.

Dated:   **February 12, 2013**                    **/s/ Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE