UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $10,000.00 IN U.S. CURRENCY,<br><br>    Defendant.<br>_____/ | Case No. 1: 12-cv-01863-LJO-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; GRANTING THE UNITED STATES OF AMERICA'S MOTION FOR DEFAULT JUDGMENT** |

On August 9, 2013, Plaintiff United States of America ("Plaintiff") filed a Motion for Default Judgment.  (Doc. 19).  No opposition was filed.

On August 29, 2013, United States Magistrate Judge Barbara A. McAuliffe issued Findings and Recommendations granting Plaintiff's Motion for Default Judgment.  (Doc. 22.)  The Findings and Recommendations were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen days of service of the Order.  (Doc. 22).  To date, no party has opposed the Findings and Recommendations.

In accordance with the provisions of Title 28 of the United States Code section 636(b)(1)(c), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 29, 2013, are adopted in full;
2. Plaintiff's Motion for Default Judgment is GRANTED;
3. The Clerk of Court is directed to enter judgment in favor of Plaintiff, United States of America; and
4. Plaintiff, no later than October 7, 2013, file any further proposed judgment of which Plaintiff seeks entry.

IT IS SO ORDERED.

Dated:   **September 26, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE