# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 12-1863 LJO BAM |
| Plaintiff, | **ORDER TO CLOSE ACTION** (Doc. 23.) |
| vs. | |
| APPROXIMATELY $10,000 IN U.S. CURRENCY, | |
| Defendant. | |

Given the absence of further matters before this Court, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **October 8, 2013**           **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

1